1112

No. 94–915. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH ET AL. v. HIGHLANDS INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 94–916. REMMEY ET AL., EXECUTORS OF THE ESTATE OF REMMEY, DECEASED v. PAINEWEBBER, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–927. WOODS ET AL. v. FEDERAL LAND BANK OF OMAHA. Sup. Ct. Iowa. Certiorari denied.

No. 94–930. BALDUCCI PUBLICATIONS ET AL. v. ANHEUSER-BUSCH, INC. C. A. 8th Cir. Certiorari denied.

No. 94–931. LEWELLEN v. METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–934. LISEK v. NORFOLK & WESTERN RAILWAY CO. C. A. 7th Cir. Certiorari denied.

No. 94–935. TAUB v. CITY OF DEER PARK. Sup. Ct. Tex. Certiorari denied.

No. 94–939. ENTERPRISE VI ET AL. v. FERGUSON ET AL. Ct. App. Ky. Certiorari denied.

No. 94–942. UNITED WORLD TRADE, INC. v. MANGYSHLAK-NEFT OIL PRODUCTION ASSN. ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–948. KUCINSKI v. MORNING CALL, INC. C. A. 3d Cir. Certiorari denied.

No. 94–955. DICUCCIO v. GEISINGER CLINIC. Super. Ct. Pa. Certiorari denied.

No. 94–957. AMERICAN DISPOSAL CO. ET AL. v. HUME ET AL. Sup. Ct. Wash. Certiorari denied.

No. 94–958. BRUMMETT v. CAMPBELL ET AL. C. A. 5th Cir. Certiorari denied.